IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIBERTARIAN PARTY OF VIRGINIA, *et al.*,
    Plaintiffs,

v.
                                  Civil Action No. 3:12cv367-JAG

CHARLES JUDD, *et al.*,
    Defendants.

## ORDER

THIS MATTER is before the Court following a conference call with the parties on May 22, 2012. Upon due consideration and for the reasons stated during the call, the Court hereby ORDERS the following:

(1) The parties are instructed to begin discovery today, May 22, 2012;

(2) All responses to written discovery shall be due within fourteen (14) days of receipt via email service; and

(3) The parties shall file dispositive motions within thirty (30) days from the date of entry of this Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: May 22, 2012
Richmond, VA

                                      /s/
                                John A. Gibney, Jr.
                                United States District Judge