FILED: June 20, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-1996
(3:12-cv-00367-JAG)

_____

LIBERTARIAN PARTY OF VIRGINIA; DARRYL BONNER

      Plaintiffs - Appellees

v.

CHARLES JUDD, in his official capacity as member of the Virginia State Board of Elections; KIMBERLY BOWERS, in her official capacity as member of the Virginia State Board of Elections; DON PALMER, in his offical capacity as member of the Virginia State Board of Elections

      Defendants - Appellants

------------------------------

THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION

      Amicus Supporting Appellee

_____

M A N D A T E

_____

The judgment of this court, entered May 29, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                                                              */s/Patricia S. Connor, Clerk*