IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LIBERTARIAN PARTY OF VIRGINIA and
DARRYL BONNER,
        Plaintiffs,

v.                                           Civil Action No. 3:12cv367-JAG

CHARLES JUDD, KIMBERLY BOWERS, and
DON PALMER,
Members of the Virginia State Board of Elections,
in their official capacities,
        Defendants.

## ORDER

This matter comes before the Court on the plaintiffs' Motion for Attorneys' Fees and Expenses. (Dk. No. 38.) It is hereby ORDERED that this case is referred to United States Magistrate David Novak for mediation on the issue of attorneys' fees. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within thirty (30) days of the date of this Order to schedule a conference at such time as Magistrate Judge Novak shall approve.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: December 11, 2013
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge