Case 3:12-cv-00367-JAG-DJN Document 43 Filed 01/07/14 Page 1 of 2 PageID# 432

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

LIBERTARIAN PARTY OF VIRGINIA and DARRYL BONNER,

    Plaintiffs,

v.

CHARLES JUDD, KIMBERLY BOWERS, and DON PALMER, in their official capacities as members of the Virginia State Board of Elections,

    Defendants.

CIVIL ACTION NO. 3:12-cv-367

## CONSENT ORDER

By agreement of the parties and for good cause shown, it is hereby ORDERED:

1. Plaintiffs Libertarian Party of Virginia and Darryl Bonner are the prevailing parties in this case.

2. Pursuant to 42 U.S.C. § 1988, the plaintiffs are awarded $36,000 in attorney's fees and expenses, to be paid by the defendants, in full and final payment for attorney's fees and expenses.

3. The defendants shall pay the award to plaintiffs' counsel within 30 days of the entry of this Order.

It is so ORDERED.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: 1/7/14



RECEIVED JAN - 6 2014 CLERK, U.S. DISTRICT COURT RICHMOND, VA

| LIBERTARIAN PARY OF VIRGINIA<br>DARRYL BONNER | CHARLES JUDD<br>KIMBERLY BOWERS<br>DON PALMER |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Rebecca K. Glenberg (VSB #44099)<br>American Civil Liberties Union of Virginia<br>Foundation, Inc.<br>701 E. Main St., Suite 1412<br>Richmond, Virginia 23219<br>(804) 644-8080<br>rglenberg@acluva.org | Joshua N. Lief (VSB # 37094)<br>Senior Assistant Attorney General and Section Chief<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, Virginia 23219<br>804-786-3344<br>Fax 804-786-9907<br>jlief@oag.state.va.us |